## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ORANGEBURG DIVISION

| | | |
|---|---|---|
| Carl Peeples, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 5:13-CV001240-JMC |
| | ) | |
| vs. | ) | |
| | ) | |
| John Deere Commercial Products, Deere & Company, John Deere India Private, Limited, A.P. Moller-Maersk Group, Maersk Line, Limited, Maersk, Inc., Safmarine Container Lines N. V., and Safmarine, Inc., John Deere India Private, Limited, A.P. Moller-Maersk Group, Maersk Line, Limited, Maersk, Inc., Safmarine Container Lines N. V., and Safmarine, Inc., | ) ) ) ) ) ) ) ) ) ) ) | **CONSENT MOTION TO EXTEND DEADLINE FOR CUSTODIAL AFFIDAVITS** |
| Defendants. | ) ) | |

YOU WILL PLEASE TAKE NOTICE THAT with the consent of all parties, Defendants John Deere Commercial Products, Deere & Company, John Deere India Private, Limited, hereby move, before this Honorable Court, for an entry of an Order pursuant to Local Rule 6.01, DSC to extend the current deadline for parties to file Custodial Affidavits to February 27, 2014.

IT APPEARING from the signatures of counsel hereto that all parties agree to this extension; it is hereby

ORDERED that the current scheduling order be amended as referenced herein.

AND IT IS SO ORDERED!

                                                            s/J. Michelle Childs
                                                            The Honorable J. Michelle Childs
                                                            United States District Judge

October 2, 2013
Columbia, South Carolina

WE SO CONSENT:

PETERS, MUDAUGH, PARKER,
ELTZROTH & DETRICK, P.A.

  /s/ John E. Parker, Esquire_____
John E. Parker, Esquire
William F. Barnes, III
P.O. Box 457
Hampton, South Carolina 29924
(803) 914-2004
(803) 914-2414 (f)
ATTORNEYS FOR THE PLAINTIFF


SMITH MOORE LEATHERWOOD, LLP

  /s/ Kurt M. Rozelsky, Esquire_____
Kurt M. Rozelsky, Esquire
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, South Carolina  29602
(864) 242-6440
(864) 240-2475 (f)
ATTORNEYS FOR A.P. MOLLER-
MAERSK GROUP, MAERSK LINE,
LIMITED, MAERSK, INC., SAFMARINE
CONTAINER LINES N. V., AND
SAFMARINE, INC.

COLLINS & LACY, P.C.

  /s/ J. Bennett Crites, III_____
J. Bennett Crites, III (#9401)
200 Meeting Street, Suite 403
Charleston, South Carolina 29401
(843) 714-2500
(843) 714-2501 (f)
ATTORNEYS FOR THE DEFENDANTS
JOHN DEERE COMMERCIAL PRODUCTS,
DEERE & COMPANY, AND JOHN DEERE
INDIA PRIVATE, LIMITED